UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

       v.                                      CR 11-128-01 ML

JOSE HERNANDEZ

## MEMORANDUM AND ORDER

This matter is before the Court on the Defendant's motion to reduce sentence based on the 2014 Amendments to the United States Sentencing Commission Guidelines (U.S.S.C.G.). Because Defendant was sentenced pursuant to the Career Offender provisions of the U.S.S.C.G., the 2014 Amendment does not apply to his guideline range. Accordingly, he is not eligible for a sentence reduction pursuant to the 2014 Amendments.

The motion to reduce sentence is therefore DENIED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
July 8, 2015